IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                          : Chapter 13
                                :
John R. Lyons                   :
                                : No. 18-15216-MDC
                                :

<u>NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE</u>

Debtor, by his attorney, Erik B. Jensen, Esquire, has filed a Motion for Violation of the Automatic Stay.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want thte Court to gran the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before December 28, 2018 you or you attorney must do all of the following:

(a) file an answer explaining your position at:
   Office of the Clerk
   U.S. Bankruptcy Court
   Suite 400
   900 Market Street
   Philadelphia PA 19107

If you mail your answer to the Bankruptcy Clerk office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney:
   Erik B. Jensen, Esquire
   1500 Walnut Street, Suite 1920
   Philadelphia, PA 19102

   William C. Miller, Trustee
   PO Box 1229
   Philadelphia PA 19105

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1 (b) above and attended the hearing, the court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be helf before the Honorable Magdaline D. Coleman, United States Bankruptcy Judge on January 18, 2019 at 10:30AM in Courtroom 2, United States Bankruptcy Court, 900 Market Street, 2nd Floor.