IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| John R. Lyons | : | |
| | : | No. 18-15216-mdc |
| Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that a true and correct copy of the Brief in Support of Debtor's Motion for Violation of the Automatic Stay, et al, was served upon the following via electronic mail on March 4, 2019:

**18-15216-mdc Notice will be electronically mailed to:**

LEON P. HALLER on behalf of Creditor Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

ERIK B. JENSEN on behalf of Debtor John R. Lyons
akeem@jensenbagnatolaw.com,
gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

KEVIN G. MCDONALD on behalf of Creditor Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Date: 3/5/19                                                              /s/ Erik B. Jensen
                                                                          Erik B. Jensen, Esquire
                                                                          *Attorney for Debtor*