## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                          : CHAPTER 13
                                                               :
John Lyons,
    Debtor,                                 : BANKRUPTCY NO.: 18-15216-MDC

Johanny Duran,
    Non Filing Debtor

### SUGGESTION OF DEATH

TO THE CLERK OF COURT:

    Johanny Duran, the Non Filing Debtor in this matter passed away on April 3, 2015.

    Respectfully submitted,

    /s/ERIK B. JENSEN, ESQUIRE
    ERIK B. JENSEN, ESQUIRE
    Attorney for the Debtor