# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                 Chapter 13

                                                 Bankruptcy No. 18-15216-MDC

JOHN R LYONS

2836 MICHAEL ROAD

PHILADELPHIA, PA 19152

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

    JOHN R LYONS

    2836 MICHAEL ROAD

    PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

                                      /S/ William C. Miller

Date: 4/8/2019               _____

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee