IN THE UNITED STATES BANKRUPRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re                                    : CHAPTER 13

   John Lyons                            : BANKRUPTCY NO.:  18-15216-MDC

PRAECIPE

TO THE CLERK OF THE COURT:

   Kindly file the attached letter to the Honorable Magdeline D. Coleman enclosing the appraisal of the property located at 2836 Michael Road, Philadelphia, PA 19152 with regard to the above Debtor.

                                    Respectfully submitted,

                                    /s/ERIK B. JENSEN,

Date: 4/10/19                       ERIK B. JENSEN, ESQUIRE

ERIK B. JENSEN, ESQUIRE
CHRISTOPHER  F. BAGNATO, ESQUIRE † ^
Of Counsel
AKEEM J. PARSONS, ESQUIRE
KIMBERLY KEENAN,  ESQUIRE †
DANIEL P. HARTSTEIN, ESQUIRE †
NORMAN  M. VALZ, ESQUIRE † †

†††  Admitted  PA  NJ  DE  NY KY
†      Admitted  PA  NJ
††    Admitted  PA  NY DC WY
^     LL.M. In Trial Advocacy

LORI BINASIEWICZ *
JENNIFER  L. PHILLIPS*
*Certified Bankruptcy Paralegals

# JENSEN BAGNATO, P.C.

**Attorneys at Law**
**1500 Walnut Street - Suite 1920**
**Philadelphia, Pennsylvania 19102**

**OFFICE:**     **(215) 546 -4700**
**FAX:**          **(215) 546 -7440**
**WEB PAGE:**   WWW.JENSENBAGNATOLAW.COM

April 10, 2019

**THE HONORABLE MAGDELINE D. COLEMAN**
Bankruptcy Judge
The Eastern District of Pennsylvania
900 E. Market Street Suite 202
Philadelphia, PA 19107

RE:      Appraisal of 2836 Michael Road, Philadelphia, PA 19152
Debtor Name- John Lyons
BK No. 18-15216-mdc

Dear Judge Coleman:

Please find enclosed a copy of the appraisal you had instructed both parties to submit to your Chambers on or before April 12, 2019.

I would like to note in reviewing the statute, it does not require an economic evaluation.  I would also like to reiterate that this jurisdiction follows the majority rule set forth by Judge Fox as discussed at the bar of Court and in detail in the brief filed on behalf of the debtor.  I also spoke with William Miller, Esquire, the Standing Chapter 13 trustee.  He stated over the phone that he has not taken a position, that he remains neutral, and will defer to the Court's ruling, but that he will administer the estate per his duties.  He also stated that in his entire time as the Standing Trustee that no creditor has ever sold a debtor's home knowingly without getting relief from the Court first.   He also confirmed that he believes that no economic analysis, as useful as the Court finds it, is required or necessary give the plain language of the statute.

I will be filing this letter and appraisal as a docket entry for purposes of persevering the record.

Your Honor stated in Court that you have not had to deal with this issue before.  I appreciate the Court's efforts to fully understand this matter and to do the right thing.  Clearly, if the lender wanted to sell the debtor's home, all it needed to do was file a simple motion for

Magdeline D. Coleman
Page 2 of 2

relief.  I also note on the docket, that the lender has improperly filed a motion for relief on the co-debtor – who is deceased – and not against the estate.  A suggestion of death has already been docketed.  The proper thing to do is restore the parties to their proper position prior to the October Sheriff Sale.  The debtor continues to pay his monthly plan of reorganization.

You have an affirmative duty, respectfully, to uphold the law – whether we like the law or not – and not necessarily do what is most convenient.  Of course, having practiced many years before your Honor, I concur with your statement at the last hearing (roughly summarized) that you are very careful and give your full attention to doing what is required under the Code.

That said, I thank you for your courtesies and look forward to seeing you on April 30, 2019.

Respectfully,

ERIK B. JENSEN

EBJ: jp
Enclosure
Cc: William C. Miller, Trustee
    Kevin McDonald, Esquire
    John Lyons, Debtor

# APPRAISAL OF REAL PROPERTY



**LOCATED AT**

2836 Michael Rd
Philadelphia, PA 19152
23.76 x 118.11  (See legal description)

**FOR**

John Lyons
2836 Michael Rd Phila Pa 19152

**OPINION OF VALUE**

197,500

**AS OF**

04/03/2019

**BY**

Robert Yizzi
Robert Yizzi Appraisals
9 Hillview Drive
Newtown, pa 18940
215-968-7334
ryizzi@comcast.net

| Borrower/Client | na | | | | File No. 00015425 |
|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | |
| City | Philadelphia | County | Philadelphia | State PA | Zip Code 19152 |
| Lender | John Lyons | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

[X] Appraisal Report   (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] Restricted Appraisal Report   (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being
appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    3 months

## Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: | Signature: |
| Name: Robert Yizzi | Name: |
| State Certification #: GA001865 | State Certification #: |
| or State License #: | or State License #: |
| State: PA   Expiration Date of Certification or License: 06/30/2019 | State:   Expiration Date of Certification or License: |
| Date of Signature and Report: 04/09/2019 | Date of Signature: |
| Effective Date of Appraisal: 04/03/2019 | |
| Inspection of Subject: [ ] None [X] Interior and Exterior [ ] Exterior-Only | Inspection of Subject: [ ] None [ ] Interior and Exterior [ ] Exterior-Only |
| Date of Inspection (if applicable): 04/03/2019 | Date of Inspection (if applicable): |

Uniform Residential Appraisal Report

File # 00015425
00015425

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | |
|---|---|---|
| Property Address | 2836 Michael Rd | City Philadelphia | State PA | Zip Code 19152 |

**SUBJECT**

Property Address 2836 Michael Rd    City Philadelphia    State PA    Zip Code 19152
Borrower na    Owner of Public Record Blue River Capital Llc    County Philadelphia
Legal Description 23.76 x 118.11  (See legal description)
Assessor's Parcel # 571096200    Tax Year 2019    R.E. Taxes $ 2,555
Neighborhood Name Pennypack    Map Reference 37964    Census Tract 0347.02
Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ 0    ☐ PUD   HOA $ 0   ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) fair market value
Lender/Client John Lyons    Address 2836 Michael Rd Phila Pa 19152
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).    The subject property has not been listed for sale within the past 12 months. MLS Trend was
utilized for data purposes.

**CONTRACT**

☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid.    $0;;

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 84 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 150 Low 0 | | Multi-Family | 3 % |
| Neighborhood Boundaries    Approximately, dewees rd on the west, holme ave on the south and east , | | | | | | 450 High 100 | | Commercial | 5 % |
| willits rd on the north.  *Other land use reflects vacant land, see add | | | | | | 198 Pred. 50 | | Other | 5 % |

Neighborhood Description    See Addendum

Market Conditions (including support for the above conclusions)    See Addendum

**SITE**

Dimensions 23.76 x 118.11    Area 3980 sf    Shape rectangular    View N;Res;
Specific Zoning Classification RSA3    Zoning Description Residential
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | 100 amp(cb) | Water | ☒ | | Street Macadam | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 4207570109G    FEMA Map Date 01/17/2007
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
There where no apparent adverse easements, encroachments or special assessments noted. See attached environmental comments. RSA3
zoning permits subjects current single family residential use.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | prd concrete/good | Floors | crpt/avg |
| # of Stories 2 | | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | brick/stone/vinyl sid* | Walls | plaster/avg |
| Type ☐ Det. ☐ Att. ☒ S-Det./End Unit | | Basement Area 378 sq.ft. | | Roof Surface | built-up/avg | Trim/Finish | wood/avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 75 % | | Gutters & Downspouts | aluminum/avg | Bath Floor | ceramic/avg |
| Design (Style) sd colonial | | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type | vinyl dg/dh/good | Bath Wainscot | ceramic/avg |
| Year Built ~1963 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | none | Car Storage | ☐ None |
| Effective Age (Yrs) 20 | | ☐ Dampness ☐ Settlement | | Screens | vinyl/good | ☒ Driveway # of Cars 1 |
| Attic ☒ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | | Amenities | Woodstove(s) # 0 | Driveway Surface concrete |
| ☐ Drop Stair ☐ Stairs | ☐ Other  Fuel gas | | | ☐ Fireplace(s) # 0 | ☐ Fence none | ☒ Garage # of Cars 1 |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | | | ☒ Patio/Deck 1 | ☐ Porch none | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | | | ☐ Pool none | ☐ Other none | ☐ Att. ☐ Det. ☒ Built-in |
| Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) | | | | | | | |

Finished area above grade contains:    6 Rooms    3 Bedrooms    1.0 Bath(s)    1,155 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).    See Addendum  *asphalt shingle/average

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    C3;Kitchen-not updated;Bathrooms-remodeled-six
to ten years ago;There were no physical, functional or external inadequacies or repairs noted at the time of inspection. The subject property has
been generally maintained and has a semi modern kitchen, updated bath and a modern heating system. Roof appears adequate from a visual
inspection.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☒ Yes ☐ No  If Yes, describe
No repairs or adverse conditions were noted at the time of the inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

Uniform Residential Appraisal Report

File # 00015425
00015425

| | | | | |
|---|---|---|---|---|
| There are | 4 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 189,000 to $ 224,900 | | |
| There are | 8 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 178,000 to $ 215,000 | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 2836 Michael Rd Philadelphia, PA 19152 | 2806 Shelley Rd Philadelphia, PA 19152 | 2811 Shelley Rd Philadelphia, PA 19152 | 2829 Welsh Rd Philadelphia, PA 19152 |
| Proximity to Subject | | 0.07 miles W | 0.03 miles W | 0.13 miles NW |
| Sale Price | $ | $ 210,000 | $ 215,000 | $ 190,000 |
| Sale Price/Gross Liv. Area | $ 173.16 sq.ft. | $ 180.41 sq.ft. | $ 184.71 sq.ft. | $ 164.93 sq.ft. |
| Data Source(s) | | 1005936969;DOM 8 | 1009919474;DOM 0 | 1001964648;DOM 45 |
| Verification Source(s) | | mls/broker/pub rec | mls/broker/pub rec | mls/broker/pub rec |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | FHA;5000 | -5,000 | Conv;5000 | -5,000 | Conv;0 | |
| Date of Sale/Time | | s10/18;c08/18 | | s01/19;c11/18 | | s10/18;c08/18 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 3980 sf | 3363 sf | | 2793 sf | +2,000 | 2838 sf | +2,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | SD2;sd colonial | SD2;sd colonial | | SD2;sd colonial | | SD2;sd colonial | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | ~56 | ~63 | 0 | ~63 | 0 | ~56 | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  3  1.0 | 6  3  1.0 | | 6  3  1.0 | | 6  3  1.0 | |
| Gross Living Area | 1,155 sq.ft. | 1,164 sq.ft. | 0 | 1,164 sq.ft. | 0 | 1,152 sq.ft. | 0 |
| Basement & Finished | 378sf284sfin | 378sf284sfin | | 378sf284sfin | | 378sf284sfin | |
| Rooms Below Grade | 1rr0br0.0ba0o | 1rr0br0.0ba0o | | 1rr0br0.0ba0o | | 1rr0br0.0ba0o | |
| Functional Utility | good | good | | good | | good | |
| Heating/Cooling | fwa/ca | fwa/ca | | fwa/ca | | fwa/ca | |
| Energy Efficient Items | dg windows | dg windows | | dg windows | | dg windows | |
| Garage/Carport | 1gbi1dw | 1gbi1dw | | 1gbi1dw | | 1gbi1dw | |
| Porch/Patio/Deck | patio/none | patio/none | | patio/porch | -5,000 | patio/none | |
| Kitchen | sm kitch | mod kitch | -7,500 | mod kitch | -7,500 | sm kitch | |
| Baths | upd bath | upd bath | | upd bath | | sm bath | +5,000 |
| Fireplace | none | none | | none | | none | |
| Net Adjustment (Total) | | [ ] + [X] -  $ -12,500 | | [ ] + [X] -  $ -15,500 | | [X] + [ ] -  $ 7,000 | |
| Adjusted Sale Price of Comparables | | Net Adj. 6.0 % Gross Adj. 6.0 % $ 197,500 | | Net Adj. 7.2 % Gross Adj. 9.1 % $ 199,500 | | Net Adj. 3.7 % Gross Adj. 3.7 % $ 197,000 | |

[X] I did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  Public records, Trend mls
My research [X] did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  Public records, Trend mls
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/15/2018 | 07/23/1959 | 05/14/1976 | 06/27/2017 |
| Price of Prior Sale/Transfer | $138,000 | $0 | $6,300 | $145,000 |
| Data Source(s) | Pub record | Pub record | Pub record | Pub record |
| Effective Date of Data Source(s) | 04/09/2019 | 04/09/2019 | 04/09/2019 | 04/09/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales   A prior sale has occurred for the subject property within the past 3 years as noted above. The subjects prior sale appears to have been a distressed foreclosure sale.  Prior sales were noted for the comparable sales within the past 1 year as noted above.

Summary of Sales Comparison Approach   Three closed comparable sales and one active listing have been provided. All four comparables have been adjusted to reflect differences in amenities. Differences in baths were adjusted at $5,000 each, age was adjusted $2000 per 10 years, fireplaces were adjusted $1000, differences in gross living area was adjusted at $75 per sq ft and site differences were adjusted $2 per sq ft. All adjustments were based on paired sales analysis from buyer/seller interactions in the market place. See attached active 4th listing.

Indicated Value by Sales Comparison Approach $   197,500

Indicated Value by: Sales Comparison Approach $ 197,500   Cost Approach (if developed) $   Income Approach (if developed) $

The subject's estimated value appears warranted by comparison with current market data. The income approach to value is rarely utilized in this part of the country for single family properties in that there is little rental activity in that regard. The cost approach to value was not considered to be an applicable approach due to the older age of the subject property. Heaviest emphasis was placed on comparable #1 due to being the * most similar in overall amenities.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: *most similar in overall amenities.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 197,500 , as of 04/03/2019 , which is the date of inspection and the effective date of this appraisal.

SALES COMPARISON APPROACH

RECONCILIATION

Uniform Residential Appraisal Report

00015425
File # 00015425

**ADDITIONAL COMMENTS**

---

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)                                             na

| ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | |
|---|---|---|---|---|
| Source of cost data | DWELLING | Sq.Ft. @ $ | =$ | |
| Quality rating from cost service        Effective date of cost data | Bsmt | Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | =$ | |
| Estimated remaining economic life is approximately 40 years. | Garage/Carport | Sq.Ft. @ $ | =$ | 0 |
| | Total Estimate of Cost-New | | =$ | 0 |
| | Less        Physical    Functional    External | | | |
| | Depreciation | 0 | =$( | 0) |
| | Depreciated Cost of Improvements | | =$ | 0 |
| | "As-is" Value of Site Improvements | | =$ | |
| Estimated Remaining Economic Life (HUD and VA only) | 40 | Years | INDICATED VALUE BY COST APPROACH | =$ | |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

| Estimated Monthly Market Rent $ | 0 | X Gross Rent Multiplier | 0 | = $ | | Indicated Value by Income Approach | |
|---|---|---|---|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

---

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)?    [ ] Yes  [ ] No    Unit type(s)    [ ] Detached  [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?    [ ] Yes  [ ] No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?    [ ] Yes  [ ] No  Data Source

Are the units, common elements, and recreation facilities complete?    [ ] Yes  [ ] No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    [ ] Yes  [ ] No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

---

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report

00015425
File # 00015425

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

File #    00015425
        00015425

**APPRAISER'S CERTIFICATION:**    The  Appraiser  certifies  and  agrees  that:

1.  I  have,  at  a  minimum,  developed  and  reported  this  appraisal  in  accordance  with  the  scope  of  work  requirements  stated  in  this    appraisal    report.

2.  I  performed  a  complete  visual  inspection  of  the  interior  and  exterior  areas  of  the  subject  property.  I  reported  the  condition  of  the  improvements  in  factual,  specific  terms.  I  identified  and  reported  the  physical  deficiencies  that  could  affect  the  livability,    soundness,    or    structural    integrity    of    the    property.

3.  I  performed  this  appraisal  in  accordance  with  the  requirements  of  the  Uniform  Standards  of  Professional  Appraisal  Practice  that  were  adopted  and  promulgated  by  the  Appraisal  Standards  Board  of  The  Appraisal  Foundation  and  that  were  in  place    at    the    time    this    appraisal    report    was    prepared.

4.  I  developed  my  opinion  of  the  market  value  of  the  real  property  that  is  the  subject  of  this  report  based  on  the  sales  comparison  approach  to  value.  I  have  adequate  comparable  market  data  to  develop  a  reliable  sales  comparison  approach  for  this  appraisal  assignment.  I  further  certify  that  I  considered  the  cost  and  income  approaches  to  value  but  did  not  develop  them,    unless    otherwise    indicated    in    this    report.

5.  I  researched,  verified,  analyzed,  and  reported  on  any  current  agreement  for  sale  for  the  subject  property,  any  offering  for  sale  of  the  subject  property  in  the  twelve  months  prior  to  the  effective  date  of  this  appraisal,  and  the  prior  sales  of  the  subject  property  for  a  minimum  of  three  years  prior  to  the  effective  date  of  this  appraisal,  unless  otherwise  indicated  in  this  report.

6.  I  researched,  verified,  analyzed,  and  reported  on  the  prior  sales  of  the  comparable  sales  for  a  minimum  of  one  year  prior  to  the  date  of  sale  of  the  comparable  sale,  unless  otherwise  indicated  in  this  report.

7.  I  selected  and  used  comparable  sales  that  are  locationally,  physically,  and  functionally  the  most  similar  to  the  subject  property.

8.  I  have  not  used  comparable  sales  that  were  the  result  of  combining  a  land  sale  with  the  contract  purchase  price  of  a  home  that  has  been  built  or  will  be  built  on  the  land.

9.  I  have  reported  adjustments  to  the  comparable  sales  that  reflect  the  market's  reaction  to  the  differences  between  the  subject  property    and    the    comparable    sales.

10.  I  verified,  from  a  disinterested  source,  all  information  in  this  report  that  was  provided  by  parties  who  have  a  financial  interest  in  the  sale  or  financing  of  the  subject  property.

11.  I  have  knowledge  and  experience  in  appraising  this  type  of  property  in  this  market  area.

12.  I  am  aware  of,  and  have  access  to,  the  necessary  and  appropriate  public  and  private  data  sources,  such  as  multiple  listing  services,  tax  assessment  records,  public  land  records  and  other  such  data  sources  for  the  area  in  which  the  property  is  located.

13.  I  obtained  the  information,  estimates,  and  opinions  furnished  by  other  parties  and  expressed  in  this  appraisal  report  from  reliable  sources  that  I  believe  to  be  true  and  correct.

14.  I  have  taken  into  consideration  the  factors  that  have  an  impact  on  value  with  respect  to  the  subject  neighborhood,  subject  property,  and  the  proximity  of  the  subject  property  to  adverse  influences  in  the  development  of  my  opinion  of  market  value.  I  have  noted  in  this  appraisal  report  any  adverse  conditions  (such  as,  but  not  limited  to,  needed  repairs,  deterioration,  the  presence  of  hazardous  wastes,  toxic  substances,  adverse  environmental  conditions,  etc.)  observed  during  the  inspection  of  the  subject  property  or  that  I  became  aware  of  during  the  research  involved  in  performing  this  appraisal.  I  have  considered  these  adverse  conditions  in  my  analysis  of  the  property  value,  and  have  reported  on  the  effect  of  the  conditions  on  the  value  and  marketability    of    the    subject    property.

15.  I  have  not  knowingly  withheld  any  significant  information  from  this  appraisal  report  and,  to  the  best  of  my  knowledge,  all  statements  and  information  in  this  appraisal  report  are  true  and  correct.

16.  I  stated  in  this  appraisal  report  my  own  personal,  unbiased,  and  professional  analysis,  opinions,  and  conclusions,  which  are  subject  only  to  the  assumptions  and  limiting  conditions  in  this  appraisal  report.

17.  I  have  no  present  or  prospective  interest  in  the  property  that  is  the  subject  of  this  report,  and  I  have  no  present  or  prospective  personal  interest  or  bias  with  respect  to  the  participants  in  the  transaction.  I  did  not  base,  either  partially  or  completely,  my  analysis  and/or  opinion  of  market  value  in  this  appraisal  report  on  the  race,  color,  religion,  sex,  age,  marital  status,  handicap,  familial  status,  or  national  origin  of  either  the  prospective  owners  or  occupants  of  the  subject  property  or  of  the  present  owners  or  occupants  of  the  properties  in  the  vicinity  of  the  subject  property  or  on  any  other  basis  prohibited  by  law.

18.  My  employment  and/or  compensation  for  performing  this  appraisal  or  any  future  or  anticipated  appraisals  was  not  conditioned  on  any  agreement  or  understanding,  written  or  otherwise,  that  I  would  report  (or  present  analysis  supporting)  a  predetermined  specific  value,  a  predetermined  minimum  value,  a  range  or  direction  in  value,  a  value  that  favors  the  cause  of  any  party,  or  the  attainment  of  a  specific  result  or  occurrence  of  a  specific  subsequent  event  (such  as  approval  of  a  pending  mortgage    loan    application).

19.  I  personally  prepared  all  conclusions  and  opinions  about  the  real  estate  that  were  set  forth  in  this  appraisal  report.  If  I  relied  on  significant  real  property  appraisal  assistance  from  any  individual  or  individuals  in  the  performance  of  this  appraisal  or  the  preparation  of  this  appraisal  report,  I  have  named  such  individual(s)  and  disclosed  the  specific  tasks  performed  in  this  appraisal  report.  I  certify  that  any  individual  so  named  is  qualified  to  perform  the  tasks.  I  have  not  authorized  anyone  to  make  a  change  to  any  item  in  this  appraisal  report;  therefore,  any  change  made  to  this  appraisal  is  unauthorized  and  I  will  take  no  responsibility    for    it.

20.  I  identified  the  lender/client  in  this  appraisal  report  who  is  the  individual,  organization,  or  agent  for  the  organization  that  ordered  and  will  receive  this  appraisal  report.

File # 00015425
00015425

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Robert Yizzi | Name |
| Company Name   Robert Yizzi Appraisals | Company Name |
| Company Address   9 Hillview Drive | Company Address |
| Newtown, pa 18940 | |
| Telephone Number   215-968-7334 | Telephone Number |
| Email Address   ryizzi@comcast.net | Email Address |
| Date of Signature and Report   04/09/2019 | Date of Signature |
| Effective Date of Appraisal   04/03/2019 | State Certification # |
| State Certification #   GA001865 | or State License # |
| or State License # | State |
| or Other (describe)                State # | Expiration Date of Certification or License |
| State   PA | |
| Expiration Date of Certification or License   06/30/2019 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

2836 Michael Rd

Philadelphia, PA 19152

APPRAISED VALUE OF SUBJECT PROPERTY $    197,500

LENDER/CLIENT

Name   no amc

Company Name   John Lyons

Company Address   2836 Michael Rd Phila Pa 19152

Email Address

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Uniform Residential Appraisal Report

File # 00015425

00015425

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 2836 Michael Rd Philadelphia, PA 19152 | 2832 Michael Rd Philadelphia, PA 19152 | | | | | |
| Proximity to Subject | | 0.01 miles NW | | | | | |
| Sale Price | $ | $ 224,900 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 173.16 sq.ft. | $ 193.21 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | paph102726;DOM 148 | | | | | |
| Verification Source(s) | | mls/broker/pub rec | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | | | | |
| Concessions | | Conv;0 | | | | | |
| Date of Sale/Time | | Active | -11,245 | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 3980 sf | 3058 sf | +2,000 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | SD2;sd colonial | SD2;sd colonial | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | ~56 | ~56 | | | | | |
| Condition | C3 | C2 | -5,000 | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  3  1.0 | 6  3  1.0 | | | | | |
| Gross Living Area | 1,155 sq.ft. | 1,164 sq.ft. | 0 | sq.ft. | | sq.ft. | |
| Basement & Finished | 378sf284sfin | 378sf284sfin | | | | | |
| Rooms Below Grade | 1rr0br0.0ba0o | 1rr0br0.0ba0o | | | | | |
| Functional Utility | good | good | | | | | |
| Heating/Cooling | fwa/ca | fwa/ca | | | | | |
| Energy Efficient Items | dg windows | dg windows | | | | | |
| Garage/Carport | 1gbi1dw | 1gbi1dw | | | | | |
| Porch/Patio/Deck | patio/none | patio/none | | | | | |
| Kitchen | sm kitch | upd kitch | -10,000 | | | | |
| Baths | upd bath | upd bath | | | | | |
| fireplace | none | none | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | -24,245 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 10.8 % | $ | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 12.5 % | $ 200,655 | Gross Adj. % | $ | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/15/2018 | 07/25/2007 | | |
| Price of Prior Sale/Transfer | $138,000 | $193,980 | | |
| Data Source(s) | Pub record | Pub record | | |
| Effective Date of Data Source(s) | 04/09/2019 | 04/09/2019 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Form 1004UAD (AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

| Borrower/Client | na | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender | John Lyons | | | | | |



### Subject Front

2836 Michael Rd

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 1,155 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 3980 sf |
| Quality | Q3 |
| Age | ~56 |



### Subject Rear



### Subject Street

| Borrower/Client | na | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender | John Lyons | | | | | | |



**kitchen**



**dining room**



**living area**



**bedroom**



**bath**



**bedroom**

| Borrower/Client | na | | | | | | |
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender | John Lyons | | | | | | |



bedroom



basement rec room

Comparable Photo Page

| Borrower/Client | na | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code 19152 |
| Lender | John Lyons | | | | | |



### Comparable 1
2806 Shelley Rd
| | |
|---|---|
| Prox. to Subject | 0.07 miles W |
| Sale Price | 210,000 |
| Gross Living Area | 1,164 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 3363 sf |
| Quality | Q3 |
| Age | ~63 |



### Comparable 2
2811 Shelley Rd
| | |
|---|---|
| Prox. to Subject | 0.03 miles W |
| Sale Price | 215,000 |
| Gross Living Area | 1,164 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 2793 sf |
| Quality | Q3 |
| Age | ~63 |



### Comparable 3
2829 Welsh Rd
| | |
|---|---|
| Prox. to Subject | 0.13 miles NW |
| Sale Price | 190,000 |
| Gross Living Area | 1,152 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 2836 sf |
| Quality | Q3 |
| Age | ~56 |

| Borrower/Client | na | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | | State | PA | Zip Code | 19152 |
| Lender | John Lyons | | | | | | |



### Comparable 4

2832 Michael Rd

| | |
|---|---|
| Prox. to Subject | 0.01 miles NW |
| Sale Price | 224,900 |
| Gross Living Area | 1,164 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 3058 sf |
| Quality | Q3 |
| Age | ~56 |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## Supplemental Addendum

File No. 00015425

| Borrower/Client | na | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender | John Lyons | | | | | | |

### TEXT ADDENDUM

File No. 00010097

| Borrower: | | County: |
|---|---|---|
| Property Address: | | Zip Code: |
| City: | State: | |
| Lender: | | |

### NEIGHBORHOOD COMMENTS:

THE SUBJECT PROPERTY IS LOCATED ON A QUIET RESIDENTIAL STREET IN THE "PENNYPACK" SECTION OF NORTHEAST PHILADELPHIA, WHICH CONSISTS OF WELL MAINTAINED HOMES VARYING IN SIZE AND AGE. SUBJECT IS CONVENIENTLY LOCATED TO ALL AMENITIES INCLUDING EMPLOYMENT, SHOPPING AND MAJOR ROUTES OF TRANSPORTATION. COMMERCIAL USES ARE LOCATED IN THE SUBJECTS NEIGHBORHOOD. VACANT LAND USE REFLECTS A NEARBY AIRPORT AND GOLF COURSE. AFOREMENTIONED USES ARE TYPICAL OF THE AREA AND ARE NOT CONSIDERED ADVERSE.

### MARKET CONDITIONS

THE MARKET IS STABLE, WITH SUPPLY AND DEMAND ARE IN BALANCE. PROPERTIES ARE SELLING WITHIN THREE TO SIX MONTHS, WITH WELL LISTED PROPERTIES SELLING IN UNDER THREE MONTHS. UNREALISTICALLY LISTED PROPERTIES LANGUISH ON THE MARKET.

### ADDITIONAL FEATURES:

THE SUBJECT PROPERTY CONTAINS A SEMI MODERN KITCHEN WITH OAK WOOD CABINETS AND FORMICA COUNTERS. CARPETING THROUGHOUT BOTH LEVELS. 1 UPDATED BATH WITH CERAMIC TILE WAINSCOTTING AND FLOORING. FINISHED BASEMENT REC ROOM. 1 CAR GARAGE. PATIO.

### ENVIRONMENTAL:

WE ARE NOT AWARE OF ANY HAZARDOUS WASTES, TOXIC SUBSTANCES OR OTHER ADVERSE ENVIRONMENTAL CONDITIONS PRESENT ON THE SITE, OR IN THE IMMEDIATE VICINITY.

### THE SCOPE OF THE APPRAISAL:

JUDGMENT, KNOWLEDGE AND EXPERIENCE HAVE BEEN UTILIZED IN THE GATHERING OF COMPARABLE SALES INFORMATION.  THE REPORTING OF COMPARABLE INFORMATION IS REALIZED BY:

SEARCHING THE LOCAL MULTIPLE LISTING SERVICE, REVIEWING ASSESSORS' RECORDS THROUGH A COMPUTERIZED DATABASE PROVIDER, UTILIZING DATABASE COMPILED THROUGH CONSULTING WITH LOCAL REALTORS AND OTHER APPRAISERS AND THROUGH INFORMATION GLEANED THROUGH PREVIOUS INSPECTION BY THIS OR OTHER APPRAISERS.

### THE PURPOSE OF THE APPRAISAL:

THE PURPOSE OF THE APPRAISAL IS TO ESTIMATE THE MARKET VALUE OF THE SUBJECT PROPERTY, OR A PART THEREOF, AS FURTHER DESCRIBED IN THE APPRAISAL REPORT.

### MARKET VALUE IS DEFINED AS:

THE MOST PROBABLE PRICE WHICH A PROPERTY SHOULD BRING IN A COMPETITIVE AND OPEN MARKET UNDER ALL CONDITIONS REQUISITE TO A FAIR SALE, THE BUYER AND SELLER EACH ACTING PRUDENTLY AND KNOWLEDGEABLY, AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS.  IMPLICIT IN THIS DEFINITION IS THE CONSUMMATION OF A SALE AS OF A SPECIFIED DATE AND THE PASSING OF TITLE FROM SELLER TO BUYER UNDER CONDITIONS WHEREBY:

1. BUYER AND SELLER ARE TYPICALLY MOTIVATED;

2. BOTH PARTIES ARE WELL INFORMED OR WELL ADVISED, AND EACH ACTING IN WHAT THEY CONSIDER THEIR BEST INTERESTS;

## Supplemental Addendum

File No. 00015425

| | |
|---|---|
| Borrower/Client | na |
| Property Address | 2836 Michael Rd |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender | John Lyons |

### TEXT ADDENDUM                                  File No. 00010097

| | |
|---|---|
| Borrower: | |
| Property Address: | County: |
| City:      State: | Zip Code: |
| Lender: | |

3. A REASONABLE TIME IS ALLOWED FOR EXPOSURE IN THE OPEN MARKET;

4. PAYMENT IS MADE IN TERMS OF CASH IN UNITED STATES DOLLARS OR IN TERMS OF FINANCIAL ARRANGEMENTS COMPARABLE THERETO; AND

5. THE PRICE REPRESENTS THE NORMAL CONSIDERATION FOR THE PROPERTY SOLD UNAFFECTED BY SPECIAL CREATIVE FINANCING OR SALES CONCESSIONS GRANTED BY ANYONE ASSOCIATED WITH THE SALE.

THE FUNCTION OF THIS APPRAISAL REPORT IS TO ASSIST IN THE FINAL DECISION MAKING PROCESSES OF THE CLIENT.

### SUPPLEMENTAL COMMENTS:

THIS APPRAISAL WAS COMPLETED IN COMPLIANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE.

I CERTIFY THAT THE USE OF THIS REPORT IS SUBJECT TO THE REQUIREMENTS OF THE APPRAISAL INSTITUTE RELATING TO REVIEW BY ITS DULY AUTHORIZED REPRESENTATIVES.

AS OF THE DATE OF THIS REPORT, ROBERT A. YIZZI HAS COMPLETED THE REQUIREMENTS OF THE CONTINUING EDUCATION PROGRAM OF THE APPRAISAL INSTITUTE.

THE FORM USED FOR REPORTING THIS APPRAISAL SOMETIMES USES THE WORD OR WORDS *INSPECT* OR *INSPECTION*. WHENEVER THIS FORM USES THESE WORDS, THE LENDER/CLIENT, INTENDED USER, BORROWER OR READER OF THIS REPORT SHOULD SUBSTITUTE THE WORD *OBSERVED* OR *OBSERVATION*.

### DIGITAL SIGNATURE(S):

THE SIGNATURES AFFIXED TO THIS REPORT ARE DIGITAL IMAGES CONTROLLED BY A PERSONAL IDENTIFICATION CODE IN ACCORDANCE WITH USPAP REQUIREMENTS.

| Borrower/Client | na | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code 19152 |
| Lender | John Lyons | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 577.5 Sq ft | 16.5 × 35 = 577.5 | |
| Second Floor | 577.5 Sq ft | 16.5 × 35 = 577.5 | |
| **Total Living Area (Rounded):** | **1155 Sq ft** | | |
| Non-living Area | | | |
| Basement | 377.5 Sq ft | 16.5 × 15 = 247.5 | |
| | | 20 × 6.5 = 130 | |

| Borrower/Client | na | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender | John Lyons | | | | | | |



**SUBJECT**
2836 Michael Rd
Philadelphia, PA 19152

**COMPARABLE No. 3**
2829 Welsh Rd
Philadelphia, PA 19152
0.13 miles NW

**COMPARABLE No. 1**
2806 Shelley Rd
Philadelphia, PA 19152
0.07 miles W

**COMPARABLE No. 4**
2832 Michael Rd
Philadelphia, PA 19152
0.01 miles NW

**COMPARABLE No. 2**
2811 Shelley Rd
Philadelphia, PA 19152
0.03 miles W

# INVOICE

**FROM:**

Robert Yizzi
9 Hillview Drive
Newtown Pa, 18940

Telephone Number: 215-968-7334      Fax Number:

| INVOICE NUMBER | |

| DATES | |
| --- | --- |
| Invoice Date: | 04/09/2019 |
| Due Date: | |

| REFERENCE | |
| --- | --- |
| Internal Order #: | |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 00015425 |
| Other File # on form: | 00015425 |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**

E-Mail:
Telephone Number:      Fax Number:
Alternate Number:

## DESCRIPTION

| | |
| --- | --- |
| Lender: | John Lyons |
| Purchaser/Borrower: | na |
| Property Address: | 2836 Michael Rd |
| City: | Philadelphia |
| County: | Philadelphia |
| Legal Description: | 23.76 x 118.11  (See legal description) |

Client:

State:  PA      Zip:  19152

| FEES | AMOUNT |
| --- | --- |
| | 400.00 |
| **SUBTOTAL** | 400.00 |

| PAYMENTS | AMOUNT |
| --- | --- |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** | $    0.00 |

paid in full

Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 2836 Michael Rd | City | Philadelphia | State | PA | ZIP Code | 19152 |
|---|---|---|---|---|---|---|---|
| Borrower | na | | | | | | |

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| | | | | Increasing | Stable | Declining |
| Total # of Comparable Sales (Settled) | 3 | 2 | 3 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.50 | 0.67 | 1.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 0 | 0 | 4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 1.2 | 3.0 | 4.0 | ☐ Declining | ☒ Stable | ☐ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| | | | | Increasing | Stable | Declining |
| Median Comparable Sale Price | 205,900 | 208,900 | 213,100 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 55 | 46 | 39 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 0 | 0 | 209,950 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 0 | 0 | 41 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 96.55 | 96.97 | 96.79 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | | | |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). SELLER CONCESSIONS DO OCCUR AND ARE SOMEWHAT TYPICAL FOR THE SUBJECTS MARKET AREA AND PRICE CLASS. CONCESSIONS OVER THE PAST 12 MONTHS RANGE FROM 1-6% OF THE SALES PRICE WITH TYPICAL CONCESSIONS AVERAGING APPROXIMATELY 2-3% OF THE TOTAL SALES PRICE. SELLER CONCESSIONS ARE TYPICALLY APPLIED TO BUYER CLOSING COSTS.

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No If yes, explain (including the trends in listings and sales of foreclosed properties).
FORECLOSURE SALES DO OCCUR OCCASIONALLY. HOWEVER, THEY ARE NOT COMMON TO THE SUBJECTS LOCATION AND DO NOT ADVERSELY AFFECT THE SUBJECT AREA TYPICAL MARKETING TIME OR MEDIAN SALES PRICES.

Cite data sources for above information. TREND MULTIPLE LISTING SERVICE, LOCAL DEVELOPERS, LENDING INSTITUTIONS AND APPRAISER EXPERIENCE.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
THE ABOVE INFORMATION INDICATES THAT MEDIAN SALE PRICES AND MEDIAN LIST PRICES HAVE BEEN STABLE OVER THE PAST 12 MONTHS.

If the subject is a condominium or cooperative project, complete the following. Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| | | | | Increasing | Stable | Declining |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | Signature | | Signature | | |
|---|---|---|---|---|---|
| | Appraiser Name Robert Yizzi | | Supervisory Appraiser Name | | |
| | Company Name Robert Yizzi Appraisals | | Company Name | | |
| | Company Address 9 Hillview Drive, Newtown, pa 18940 | | Company Address | | |
| | State License/Certification # GA001865 State PA | | State License/Certification # State | | |
| | Email Address ryizzi@comcast.net | | Email Address | | |

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UNIFORM APPRAISAL DATASET FIELD-SPECIFIC STANDARDIZATION ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

UNIFORM APPRAISAL DATASET DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used In Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

DISPLAY THIS CERTIFICATE PROMINENTLY ● NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

**Commonwealth of Pennsylvania**
**Department of State**
**Bureau of Professional and Occupational Affairs**
PO Box 2649 Harrisburg PA 17105-2649

18  0006852

Certificate Type

**Certified General Appraiser**

Certificate Status

**Active**

Initial Certification Date

**10/07/2003**

ROBERT ALLEN YIZZI
9 HILLVIEW DRIVE
NEWTOWN PA  18940

Certificate
Number

**GA001865**

Expiration Date

**06/30/2019**

Commissioner of Professional and Occupational Affairs

Signature