# KML LAW GROUP, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| MICHAEL T. MCKEEVER* | _____ | JILL P. JENKINS* |
| LISA A. LEE* | | ALYK L. OFLAZIAN* |
| KRISTINA G. MURTHA* | | PAUL W. LUONGO* |
| BRIAN C. NICHOLAS* | SUITE 5000 | CAITLIN M. DONNELLY* |
| DAVID B. FEIN* | 701 MARKET STREET | VICTORIA W. CHEN* |
| *PA & NJ BAR | PHILADELPHIA, PENNSYLVANIA 19106-1532 | MATTHEW K. FISSEL* |
| | (215) 627-1322 | MICHAEL J. CLARK* |
| | (866) 413-2311 | NICHOLAS J. ZABALA* |
| | FAX (215) 627-7734 | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | WWW.KMLLAWGROUP.COM | DENISE CARLON |
| | 8-1521 | JAMES WARMBRODT |
| | | KEVIN G. MCDONALD* |
| | | UJALA AFTAB* |
| | | EVAN J. HARRA* |
| | | MARIA MIKSICH |
| | | J. ERIC KISHBAUGH* |
| | | BROOKE R. WAISBORD |

April 15, 2019

Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 202
Philadelphia, PA 19107
(215) 408-2978

Dear Judge Coleman,

Pursuant to the instruction from your Chambers, please accept this letter as a request to extend the deadline to file Respondent, U.S. Bank National Association, as Trustee for the Pennsylvania Housing Finance Agency's ("Respondent") appraisal report. Pursuant to Docket Entry No. 51 dated March 12, 2019, the original due date for the appraisal was April 12, 2019. Respondent had issues securing an appraiser and then ran into a slight delay in gaining access to Debtor's property once an appraiser was retained. The appraiser's inspection is scheduled to take place today, April 15, 2019 and a report will be filed tomorrow, April 16, 2019.

Please note, the requested extension date was submitted to Debtor's counsel who does not object to the request.

Respectfully submitted:

**KML Law Group, P.C.**
**Pennsylvania and New Jersey**
**Kevin G. McDonald, Esquire**
kmcdonald@kmllawgroup.com
Phone: (215)825-6311 Internal Ext 8311
215-627-1322 (main phone)

