**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John R. Lyons<br><u>Debtor</u><br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br><u>Movant</u><br>vs.<br><br>John R. Lyons<br><u>Debtor</u><br><br>William C. Miller Esq.<br><u>Trustee</u> | CHAPTER 13<br><br><br><br>NO. 18-15216 MDC<br><br><br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of the unopposed request of Respondent, U.S. Bank National Association, as Trustee for the Pennsylvania Housing Finance Agency, it is hereby ORDERED that the deadline to file its Appraisal Report is extended to today, April 16, 2019.

_____
Bankruptcy Judge
Magdeline D. Coleman