

# APPRAISAL OF REAL PROPERTY

### LOCATED AT:

2836 Michael Rd
Philadelphia county tax map 152N176 lot 484
Philadelphia, PA 19152

### FOR:

PHFA
211 N Front St, Harrisburg, PA  17105

### AS OF:

11/06/2018

### BY:

John J Kostovick
G.S. Gordon Appraisals
823 W Gillam Ave
Langhorne, PA 19047
215.364.9960  215.364.9961 (fax)
main@REOappraisals.com

# SUMMARY OF SALIENT FEATURES

**SUBJECT INFORMATION**

| | |
|---|---|
| Subject Address | 2836 Michael Rd |
| Legal Description | Philadelphia county tax map 152N176 lot 484 |
| City | Philadelphia |
| County | Philadelphia |
| State | PA |
| Zip Code | 19152 |
| Census Tract | 0347.02 |
| Map Reference | 37964 |

**SALES PRICE**

| | |
|---|---|
| Sale Price | $ |
| Date of Sale | |

**CLIENT**

| | |
|---|---|
| Borrower | John Lyons |
| Lender/Client | PHFA |

**DESCRIPTION OF IMPROVEMENTS**

| | |
|---|---|
| Size (Square Feet) | 1,168 |
| Price per Square Foot | $ |
| Location | urban |
| Age | 55 |
| Condition | average |
| Total Rooms | 5 |
| Bedrooms | 3 |
| Baths | 1.0 |

**APPRAISER**

| | |
|---|---|
| Appraiser | John J Kostovick |
| Date of Appraised Value | 11/06/2018 |

**VALUE**

| | |
|---|---|
| Final Estimate of Value | $ 195,000 |

| Borrower | John Lyons | | | File No. | ▮▮▮▮ |
|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | |
| City | Philadelphia | County | Philadelphia | State PA | Zip Code 19152 |
| Lender/Client | PHFA | | | | |

# APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

[X] Appraisal Report     (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] Restricted Appraisal Report     (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time     (USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:     1- 3 months

## Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:
The appraisal was prepared in accordance with the requirements of Title XI of the FIRREA of 1989, as amended (12 U.S.C. 3331 et seq.), and any implementing regulations

**APPRAISER:**

**SUPERVISORY or CO-APPRAISER (if applicable):**

| | |
|---|---|
| Signature: | Signature: |
| Name: John J Kostovick | Name: |
| GSGordon Appraisals | |
| State Certification #: RL001989L | State Certification #: |
| or State License #: | or State License #: |
| State: PA    Expiration Date of Certification or License: 06/30/2019 | State:    Expiration Date of Certification or License: |
| Date of Signature and Report: | Date of Signature: |
| Effective Date of Appraisal: 11/06/2018 | |
| Inspection of Subject: [ ] None [X] Interior and Exterior [ ] Exterior-Only | Inspection of Subject: [ ] None [ ] Interior and Exterior [ ] Exterior-Only |
| Date of Inspection (if applicable): 11/06/2018 | Date of Inspection (if applicable): |

# Uniform Residential Appraisal Report

File # MICH2836

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 2836 Michael Rd | City Philadelphia | State PA | Zip Code 19152 |

Borrower John Lyons   Owner of Public Record Blue River Capital, LLC   County Philadelphia

Legal Description Philadelphia county tax map 152N176 lot 484

Assessor's Parcel # 571066200   Tax Year 2019   R.E. Taxes $ 2,555

Neighborhood Name Pennypack   Map Reference 37964   Census Tract 0347.02

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 0   ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) default

Lender/Client PHFA   Address 211 N Front St, Harrisburg, PA 17105

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). per MLS and public record, the subject has not been listed for sale in the past 12 months

## CONTRACT

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban | ☐ Suburban ☐ Rural | Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | | PRICE | AGE | One-Unit | 91 % |
| Built-Up | ☒ Over 75% | ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Over Supply | | $ (000) | (yrs) | 2-4 Unit | 2 % |
| Growth | ☐ Rapid | ☒ Stable ☐ Slow | Marketing Time | ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | | 140 Low | 0 | Multi-Family | 2 % |
| Neighborhood Boundaries | | the neighborhood is bounded by Willits Rd to the north, Holme Ave to the | | | | | | 375 High | 75 | Commercial | 3 % |
| south, Ashton Rd to the east and Rt 1 to the west | | | | | | | | 215 Pred. | 55 | Other | 2 % |

Neighborhood Description the neighborhood is comprised of various style, age, and condition residential detached, attached and semi-detached urban land uses in close proximity to major infrastructure, schools, employment, hospitals, and shopping; other 2% represents parks, recreation, and education

Market Conditions (including support for the above conclusions) Interest rates are currently stable between 4.8-8%. All types of financing are available; see addendum for MC comments

## SITE

| | | |
|---|---|---|
| Dimensions 23.76 x irregular | Area 3,984 sf | Shape irregular | View residential |

Specific Zoning Classification RSA3   Zoning Description Residential

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe the subject is a residential dwelling, zoned residential, located in a residential neighborhood, and floor plan is 100% residential

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Macadam | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 4207570109G   FEMA Map Date 1/17/2007

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

land records show no apparent easements, encroachments and other apparent adverse conditions. Typical utility easements were noted

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | concrete/avg | Floors | crpt/wood/avg |
| # of Stories | 2 | ☒ Full Basement ☐ Partial Basement | | Exterior Walls | brick/avg | Walls | drywall/avg |
| Type ☐ Det. ☐ Att. ☒ S-Det./End Unit | | Basement Area | 576 sq.ft. | Roof Surface | flat/avg | Trim/Finish | wood/avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish | 75 % | Gutters & Downspouts | shingle/avg | Bath Floor | tile/good |
| Design (Style) twin | | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type | dbl hng/avg | Bath Wainscot | tile/good |
| Year Built 1963 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | insul/avg | Car Storage | ☐ None |
| Effective Age (Yrs) 20 | | ☐ Dampness ☐ Settlement | | Screens | mesh/avg | ☒ Driveway # of Cars 1 |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | Driveway Surface concrete |
| ☐ Drop Stair ☐ Stairs | | ☐ Other | Fuel gas | Fireplace(s) # 0 | ☐ Fence none | ☐ Garage # of Cars |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☐ Woodstove(s) # 0 | ☐ Porch none | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☒ Patio/Deck conc | ☐ Pool none | ☐ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 5 Rooms 3 Bedrooms 1.0 Bath(s) 1,168 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). 100 amp serv, gas hot water heater, covered concrete patio

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). the subject is in overall average condition; all utilities were on and operational; the bathroom appears to have been remodeled in the recent past; the subject transferred as a sheriff sale in 12/18 but the property is still occupied by the previous owner; the garage has been converted to storage area

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe the subject appears to have no functional or external obsolescence. Typical physical depreciation is noted. the subject appears to be in average, livable condition. It is noted that the appraiser is not a certified engineer, nor a building inspector, or contractor. All conditions are based upon a visual evaluation.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Property appears to be in the typical market appeal, functional utility, style, condition, and construction.

## Uniform Residential Appraisal Report

File # MICH2836

| | | | |
|---|---|---|---|
| There are | n/a | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ n/a to $ n/a . | |
| There are | 5 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 175,000 to $ 240,000 . | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2836 Michael Rd | 2806 Shelley Rd | | 2818 Shelley Rd | | 2762 Maxwell St | |
| | Philadelphia, PA 19152 | Philadelphia, PA 19152 | | Philadelphia, PA 19152 | | Philadelphia, PA 19136 | |
| Proximity to Subject | | 0.07 miles W | | 0.05 miles SW | | 0.10 miles SE | |
| Sale Price | $ | | $ 210,000 | | $ 210,000 | | $ 190,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 180.41 sq.ft. | | $ 180.41 sq.ft. | | $ 164.93 sq.ft. | |
| Data Source(s) | | BrightMLS1005936969 dOM 8 | | BrightMLS1001907236 DOM 13 | | BrightMLS1002347032 DOM 8 | |
| Verification Source(s) | | Phila Bright MLS/cnty assessor | | Phila Bright MLS/cnty assessor | | Phila Bright MLS/cnty assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | FHA | | VA | | conv | |
| Concessions | | $5000 conc | -5,000 | none | | $5000 conc | -5,000 |
| Date of Sale/Time | | 10/10/2018 cl | | 09/11/2018 cl | | 10/30/2018 cl | |
| Location | urban | urban | | urban | | urban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 3,984 sf | 3363 sf | | 2919 sf | | 3493 sf | |
| View | residential | residential | | residential | | railroad | +10,000 |
| Design (Style) | twin | twin | | twin | | twin | |
| Quality of Construction | average | average | | average | | average | |
| Actual Age | 55 | 63 | | 63 | | 63 | |
| Condition | average | average | | average | | average | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 5 3 1.0 | 6 3 1 | | 6 3 1 | | 6 3 1 | |
| Gross Living Area | 1,168 sq.ft. | 1,164 sq.ft. | | 1,164 sq.ft. | | 1,152 sq.ft. | |
| Basement & Finished | part basement | part basement | | part basement | | part basement | |
| Rooms Below Grade | finished | finished | | fin w/pr | -2,000 | fin w/pr | -2,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | GHA/CA | GHA/CA | | GHA/CA | | GHA/CA | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | storage | 1 car garage | | 1 car garage | | 1 car garage | |
| Porch/Patio/Deck | patio | patio | | patio | | patio | |
| Other | avg aesthetics | superior | -5,000 | superior | -5,000 | similar | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -10,000 | ☐ + ☒ - $ | -7,000 | ☒ + ☐ - $ | 3,000 |
| Adjusted Sale Price | | Net Adj. 4.8 % | | Net Adj. 3.3 % | | Net Adj. 1.6 % | |
| of Comparables | | Gross Adj. 4.8 % $ | 200,000 | Gross Adj. 3.3 % $ | 203,000 | Gross Adj. 8.9 % $ | 193,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) MLS/Public Record; the subject transferred as a sheriff sale in 12/18 and is now bank owned by occupied by previous owner

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) MLS/Public Record

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/15/2018 | | | |
| Price of Prior Sale/Transfer | 138,000 | | | |
| Data Source(s) | Phila Bright MLS/pub rec | Phila Bright MLS/pub rec | Phila Bright MLS/pub rec | Phila Bright MLS/pub rec |
| Effective Date of Data Source(s) | 04/15/2019 | 04/15/2019 | 04/15/2019 | 04/15/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The analysis of previous sale of the subject and comparable properties was completed through the commonly used method of public and MLS record research. This research indicated sales that are typical for the market. This market's typical transactions include arms length, private, sheriff, and REO. The past agreements of sales were not analyzed due to time to obtain agreements would exceed lender time restrictions and are excessive in the normal course of business and historically it has been found difficult to obtain from homeowners or realtors.

Summary of Sales Comparison Approach   see page 3 for addendums

Indicated Value by Sales Comparison Approach $   195,000

Indicated Value by: Sales Comparison Approach $ 195,000   Cost Approach (if developed) $ 196,153   Income Approach (if developed) $

All emphasis was placed on the sales comparison approach to value. The cost approach was completed in the report, however, the cost approach was not considered in the final value estimation. The income (GRM) approach was not developed or considered in this report. All of the comparable sales, outside of the active or pending ones, are closed transactions per data source.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 195,000 , as of 11/06/2018 , which is the date of inspection and the effective date of this appraisal.

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # MICH2836

**ADDITIONAL COMMENTS**

The value estimated in this report is based on assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions.  Appraisers routine inspection of and inquires about subject did not develop any information that indicated any apparent significant hazardous substances for detrimental conditions which would affect marketability.

An environmental audit may reveal existence of hazardous substances or environmental substances.

Fannie Mae guidelines note that a lender must disclose any known environmental issues concerning the subject property to the assigned appraiser.  The appraiser in this report has received no notification of environmental issues from the lender indicated in this report.

Assumptions, limiting conditions, identification of property rights appraised, definition of summary appraisal report made part of appraisal.  All adjustments based on sales comparison approach to value estimated (days on market).  Comparable sales are believed to be true, however, no responsibility for accuracy of such items is assumed by appraiser.

The appraiser has put no significance on the  order of which the comparables are listed in the report.  The comparables used are the best available at this time and are good and reliable indicators of value.  Comparables are located within the subject's immediate neighborhood or a similar competitive neighborhood.  Any additional sales prove to be too old or too far away to accurately reflect the value of the subject.

All types of financing are located within the marketplace including FHA, VA, conventional, fixed, and ARM's.  Cash settlements also exist in this marketplace.  All of the above are accepted in this marketplace having no bearing on market values.

All comparables in this report are considered to be the best available at the time of inspection to determine fair market value.  If comparables are discovered that this appraiser feels are more indicative of fair market values, this appraiser reserves the right to amend this report.

The appraiser that completed this report confirms that they have adequate competency to complete appraisal assignments in the subject's market area

The appraiser is not a home inspector and this appraisal report is not a home inspection; the appraiser only performed a visual observation of accessible areas and the appraisal report cannot be relied upon to disclose conditions and/or defects in the property

Personal property was not considered in the value estimated in this report.

There are no special conditions or other requirements that would affect market value or the marketability of the subject in this appraisal report as otherwise noted.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    the site value was determined either by actual land sales if they existed or by the allocation method in which the typical market reaction for land is 20%-30% of the sales price of similar homes in the market

**COST APPROACH**

| | | |
|---|---|---|
| ESTIMATED ☐  REPRODUCTION OR  ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$   60,000 |
| Source of cost data   National Construction Estimator | DWELLING   1,168  Sq.Ft. @ $   150.00 | =$   175,200 |
| Quality rating from cost service   avg   Effective date of cost data   2019 | 576  Sq.Ft. @ $   20.00 | =$   11,520 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | appl, amenities | =$   10,000 |
| Cost approach figures are based upon the National Construction | Garage/Carport   Sq.Ft. @ $ | =$ |
| Estimator.  See sketch addendum for square footage calculations. | Total Estimate of Cost-New | =$   196,720 |
| Entrepreneurial profit is included in price per square foot. depreciation is | Depreciation   65,567 | Physical | Functional | External | =$(   65,567) |
| based upon a typical property life span of 60 years. | Depreciated Cost of Improvements | =$   131,153 |
| | "As-is" Value of Site Improvements | =$   5,000 |
| Estimated Remaining Economic Life (HUD and VA only)   40  Years | INDICATED VALUE BY COST APPROACH | =$   196,153 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $   0   X Gross Rent Multiplier   0   = $   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   income approach was not considered due to lack of comparable income data; homes in this marketplace are typically purchased for use, not income

## PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # MICH2836

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # MICH2836

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # [REDACTED]

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report    was    prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   John J Kostovick | Name |
| Company Name   G.S. Gordon Appraisals | Company Name |
| Company Address   823 W. Gillam Ave, Langhorne, PA 19047 | Company Address |
| Telephone Number   2153649960 | Telephone Number |
| Email Address   main@reoappraisals.com | Email Address |
| Date of Signature and Report | Date of Signature |
| Effective Date of Appraisal   11/06/2018 | State Certification # |
| State Certification #   RL001989L | or State License # |
| or State License # | State |
| or Other (describe)                State # | Expiration Date of Certification or License |
| State   PA | |
| Expiration Date of Certification or License   06/30/2019 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did inspect exterior of subject property from street |
| 2836 Michael Rd | Date of Inspection |
| Philadelphia, PA 19152 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $     195,000 | Date of Inspection |
| **LENDER/CLIENT** | |
| Name   No AMC | **COMPARABLE SALES** |
| Company Name   PHFA | |
| Company Address   211 N Front St, Harrisburg, PA  17105 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # MICH2836

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 2836 Michael Rd Philadelphia, PA 19152 | 2811 Welsh Rd Philadelphia, PA 19152 | | | | | |
| Proximity to Subject | | 0.16 miles NW | | | | | |
| Sale Price | $ | | $ 199,000 | $ | | $ | |
| Sale Price/Gross Liv. Area | $  sq.ft. | $ 172.74  sq.ft. | | $  sq.ft. | | $  sq.ft. | |
| Data Source(s) | | BrightMLS1000308179 DOM 110 | | | | | |
| Verification Source(s) | | Phila Bright MLS/cnty assessor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | conv | | | | | |
| Concessions | | 3980 conc | -3,980 | | | | |
| Date of Sale/Time | | 01/31/2018 cl | | | | | |
| Location | urban | urban | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 3,984 sf | 2838 sf | | | | | |
| View | residential | traffic | +10,000 | | | | |
| Design (Style) | twin | twin | | | | | |
| Quality of Construction | average | average | | | | | |
| Actual Age | 55 | 56 | | | | | |
| Condition | average | avg/good | -10,000 | | | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 5 | 3 | 1.0 | 6 | 3 | 1 | | | | | | |
| Gross Living Area | 1,168  sq.ft. | 1,152  sq.ft. | | sq.ft. | | sq.ft. | |
| Basement & Finished | part basement | part basement | | | | | |
| Rooms Below Grade | finished | fin w/bath | -4,000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | GHA/CA | GHA/CA | | | | | |
| Energy Efficient Items | none | none | | | | | |
| Garage/Carport | storage | storage | | | | | |
| Porch/Patio/Deck | patio | deck | | | | | |
| Other | avg aesthetics | superior | -5,000 | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -12,980 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 6.5 % Gross Adj. 16.6 % | $ 186,020 | Net Adj. % Gross Adj. % | $ | Net Adj. % Gross Adj. % | $ |

*SALES COMPARISON APPROACH*

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/15/2018 | | | |
| Price of Prior Sale/Transfer | 138,000 | | | |
| Data Source(s) | Phila Bright MLS/pub rec | Phila Bright MLS/pub rec | | |
| Effective Date of Data Source(s) | 04/15/2019 | 04/15/2019 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

*SALE HISTORY*

Analysis/Comments

*ANALYSIS / COMMENTS*

**Supplemental Addendum**                                    File No. ▮▮▮▮

| Borrower | John Lyons | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | |

The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined the subject property would have an exposure time of  1-3  months  on the open market

**SITE:**
The appraiser did not secure a use and occupancy certificate from the local township zoning office.  No guarantee for accuracy is assumed by the appraiser.  Subject has no apparent easements, encroachments, special assessments. Typical utility easements are apparent.

The subject property does not appear to be in a FEMA flood plane although the possibility exists due to the fact that the appraiser is not a certified FEMA engineer nor a professional in flood plane determination.  Therefore, it is strongly recommended that if this condition is a concern to the lender that a flood certification be obtained.

there are no oil, mineral, or gas leases and there is no drilling within 200' or in this entire market

**SALES COMPARISON COMMENTS**:
The adjustments made in this report are conservative numbers based upon sampling of the typical prudent buyer in this current marketplace or paring the comparables within the report or paired sales analysis if identical properties exist.  These adjustments are not a scientific qualified or quantified number.  There is a residual variance that is undeterminable by factors purely of a buyer's level of preference that creates adjustment values that are not equal.  Therefore, the value stated in this report is bracketed within this range.

Adjustments are made to the price of the comparable properties for price-influencing dissimilarities between comparable and the subject property.  Not all dissimilarities requirement adjustment because not all dissimilarities achieve price differentials in the market.

Predominant value in the neighborhood is more than that of the market value of the subject.  This condition in no way detracts the qualities of the subject property as described in this report nor affects value or marketability.  The subject is in the range of value for homes in this neighborhood.

USPAP and Fannie Mae guidelines have no prescribed time period for the use of comparable sales.  Standards rule 1-4 (a) only requires that the appraiser analyze such comparable sales data as are available to indicate an accurate value conclusion.  One or more comparables in this report has a sales date greater than six months of the inspection date of the subject property.  The comparable sales used in this report were deemed the best available to indicate an accurate value conclusion.

**FINAL RECONCILIATIONS:**
The appraiser is expected to estimate the market value of the property within a limited range of probability, as supported by facts, not the exact value.

The appraisal was completed with all consideration given to the sales comparison approach to value.  The appraiser believes in this marketplace this is the most credible source and approach to determine the market value.  If the subject is over 2 years old, it is accepted in the appraisal industry that the cost approach is not a reliable indicator of value and if the property is over 2 years old, the cost approach was only completed to satisfy lender guidelines.  No consideration is given to the cost approach to determine market value in this report.  The cost approach in this report should not be relied upon by the client or any other agencies that this report is released to by the client including insurance companies as an indicator of market value.

## Supplemental Addendum

| | | | | | | | File No. | ███ |
|---|---|---|---|---|---|---|---|---|
| Borrower | John Lyons | | | | | | | |
| Property Address | 2836 Michael Rd | | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 | |
| Lender/Client | PHFA | | | | | | | |

This report has been signed digitally, through Wintotal 2000 by Alamode software products. Alamode's signature method has been approved by the ASB as being secure, and acceptable as an original signature. The signature is reasonably secure, though the appraiser cannot guarantee that new methods of alteration could be found and used to edit this report illegally. Any changes to the final report by anyone other than the appraiser are unauthorized and illegal.

No employee, director, officer, or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner.

I have not been contacted by anyone other than the intended user (lender/client as identified on the first page of the report), borrower, or designated contact to make an appointment to enter the property.

I have no current or prospective interest in the subject property or the parties involved and no services were performed by the appraiser within the 3 year period immediately preceding acceptance of this assignment as an appraiser or in any capacity.

The subject property is located under 20 miles from my office. This assignment requires geographic competency as part of the scope of work. I have spent sufficient time in the subjects market and understand the nuances of the local market and the supply and demand factors relating to the specific property type and the location involved. Such understanding will not be imparted solely from a consideration of specific data such as demographics, costs, sales and rentals. The necessary understanding of local market conditions provides the bridge between a sale and a comparable sale or a rental and a comparable rental.

double strapping of hot water heater is not required in this state; carbon monoxide detectors, radon detectors, and smoke detectors are not required in this state

# SUPPLEMENTAL REAL ESTATE OWNED APPRAISAL ADDENDUM

| Property Address | 2836 Michael Rd | City | Philadelphia | State | PA | Zip Code | 19152 |
|---|---|---|---|---|---|---|---|

Legal Description  Philadelphia county tax map 152N176 lot 484    County  Philadelphia

Is the subject property currently listed?    ☐ Yes    ☒ No    Current List Price: $ _____    Agent: _____

Listing Company/Address/Phone:

## COMPETING LISTINGS

| ITEM | SUBJECT | LISTING # 1 | LISTING # 2 | LISTING # 3 |
|---|---|---|---|---|
| Address | 2836 Michael Rd Philadelphia, PA 19152 | | | |
| Proximity to Subject | | | | |
| Original List Price | | | | |
| Current List Price | | | | |
| Last Price Revision Date | | | | |
| Days-on-Market | | | | |
| Site/View | 3,984 sf/residential | | | |
| Design (Style) | twin | | | |
| Age | 55 | | | |
| Condition | average | | | |
| Above Grade Room Count | Tot: 5  B-rms: 3  Ba: 1.0 | Tot:  B-rms:  Ba: | Tot:  B-rms:  Ba: | Tot:  B-rms:  Ba: |
| Approx. Gross Living Area | 1,168 sq. ft. | sq. ft. | sq. ft. | sq. ft. |
| Basement Area | part basement | | | |
| Car Storage | storage | | | |
| Other (special/financing concessions,amenities,etc.) | | | | |

Describe the value-related differences between the subject property and the competing listings (including financing, terms, conditions, location, appeal, deferred maintenance, utility, style, view, days-on-market, and other amenities).  In addition, comment on supply and demand, marketing times, sale-to-list price ratios, REO and new construction activity, and other factors associated with, and/or influenced by, current listings in the subject neighborhood.

the appraisal is a retro appraisal so active listings are irrelevant and do not exist retroactively

Describe positive and negative factors that affect the marketability and value of properties in the subject subdivision, and specifically the subject property.  Discuss current economic trends -- employment, increasing/decreasing property values, supply and demand, and/or seasonal marketing factors.

Provide an itemized list of repairs recommended to bring the property into marketable condition.  Cost estimates should be based on reliable published cost sources and/or local cost resources.  The appraiser is not an expert in the field of building construction and actual costs may vary from those provided.  Repair costs and opinions reported herein are subject to future revision based on new repair estimates and evaluations by a licensed building contractor.

| REPAIR ITEM | ESTIMATED COST |
|---|---|
| repair one kitchen cabinet door | $ 100 |
| | $ |
| property is in average condition and the typical buyer would be a homeowner and there are no | $ |
| real repairs; this is not an investment property; therefore, there is no discount or entreprenurial | $ |
| profit | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL ESTIMATED COST OF RECOMMENDED REPAIRS | $ 100 |

List any recommended inspections (code compliance, structural, environmental etc.).  Provide an explanation why the inspection is recommended, and comment on the effect on marketability and value.  When no inspections are recommended, provide a statement to that effect.

the property is occupied and all utilities are on and operational;  no certs  needed

List the number of days-on-market for the comparable sales used in the appraisal report:    Comp #1: 8  DOM; Comp #2: 13  DOM; Comp #3: 8  DOM.

Comments:

In addition to the ''AS-IS'' market value estimated on the attached appraisal report, which is based on a reasonable market exposure time determined by current market conditions and described in the Neighborhood Section of the report, the following value estimates for the subject are required.  Note: The difference between the ''AS IS'' and ''AS-REPAIRED'' value should approximate the market's reaction to the needed repairs, not necessarily the dollar-for-dollar cost to place the subject in marketable condition.

| | |
|---|---|
| ''AS-IS'' estimate of market value based on a reasonable market exposure time as rendered in the attached appraisal report | $ 195,000 |
| ''AS-REPAIRED'' estimate of market value based on a reasonable market exposure time | $ 195,000 |
| ''AS-IS'' estimate of market value based on a client-imposed restricted market exposure time of  90  days (not to exceed 120 days) | $ 195,000 |
| ''AS-REPAIRED'' estimate of market value based on a client-imposed restricted market exposure time of  90  days (not to exceed 120 days) | $ 195,000 |

**APPRAISER:**

Signature

Name   John J Kostovick

Date Report Signed

State Certification #   RL001989L    State   PA

Or State License #    State

**SUPERVISORY APPRAISER(ONLY IF REQUIRED):**

Signature

Name

Date Report Signed

State Certification #    State

Or State License #    State

# Building Sketch

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | John Lyons | | | | | |
| Property Address | 2836 Michael Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code 19152 |
| Lender/Client | PHFA | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 576 Sq ft | 36 × 16 | = 576 |
| Second Floor | 592 Sq ft | 16 × 37 | = 592 |
| **Total Living Area (Rounded):** | **1168 Sq ft** | | |
| **Non-living Area** | | | |
| Cov. Patio | 312 Sq ft | 16 × 19.5 | = 312 |
| Unfinished Basement | 220 Sq ft | 10 × 10 | = 100 |
| | | 6 × 20 | = 120 |
| Finished Basement | 356 Sq ft | 16 × 16 | = 256 |
| | | 10 × 10 | = 100 |

**Aerial Map**

| Borrower | John Lyons | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | | |



## Location Map

| Borrower | John Lyons | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code 19152 |
| Lender/Client | PHFA | | | | | |



## Subject Photo Page

| Borrower | John Lyons | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | | |



### FRONT

| | |
|---|---|
| 2836 Michael Rd | |
| Sales Price | |
| Gross Living Area | 1,168 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | urban |
| View | residential |
| Site | 3,984 sf |
| Quality | average |
| Age | 55 |



### REAR



### STREET

**Subject Interior Photo Page**

| Borrower | John Lyons | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | | |



### STREET

| | |
|---|---|
| | 2836 Michael Rd |
| Sales Price | |
| Gross Living Area | 1,168 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | urban |
| View | residential |
| Site | 3,984 sf |
| Quality | average |
| Age | 55 |



### SIDE



### SIDE

**Subject Interior Photo Page**

| Borrower | John Lyons | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | | |



### YARD

| | |
|---|---|
| 2836 Michael Rd | |
| Sales Price | |
| Gross Living Area | 1,168 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | urban |
| View | residential |
| Site | 3,984 sf |
| Quality | average |
| Age | 55 |



### LIVING



### DINING

## Subject Interior Photo Page

| Borrower | John Lyons | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | | |



### KITCHEN

2836 Michael Rd
Sales Price
Gross Living Area    1,168
Total Rooms    5
Total Bedrooms    3
Total Bathrooms    1.0
Location    urban
View    residential
Site    3,984 sf
Quality    average
Age    55



### MECHANICALS



### LAUNDRY

## Subject Interior Photo Page

| Borrower | John Lyons | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | | |



**BASEMENT REC**

| | |
|---|---|
| 2836 Michael Rd | |
| Sales Price | |
| Gross Living Area | 1,168 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | urban |
| View | residential |
| Site | 3,984 sf |
| Quality | average |
| Age | 55 |



**BASEMENT REC**



**HOT WATER HEATER**

**Subject Interior Photo Page**

| Borrower | John Lyons | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | | |



**BEDROOM**

2836 Michael Rd
Sales Price
Gross Living Area    1,168
Total Rooms    5
Total Bedrooms    3
Total Bathrooms    1.0
Location    urban
View    residential
Site    3,984 sf
Quality    average
Age    55



**BATH**



**BEDROOM**

**Subject Interior Photo Page**

| Borrower | John Lyons | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | | |



### BEDROOM

| | |
|---|---|
| 2836 Michael Rd | |
| Sales Price | |
| Gross Living Area | 1,168 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | urban |
| View | residential |
| Site | 3,984 sf |
| Quality | average |
| Age | 55 |

## Comparable Photo Page

| | |
|---|---|
| Borrower | John Lyons |
| Property Address | 2836 Michael Rd |
| City | Philadelphia    County Philadelphia    State PA    Zip Code 19152 |
| Lender/Client | PHFA |




### Comparable 1

2806 Shelley Rd

| | |
|---|---|
| Prox. to Subject | 0.07 miles W |
| Sale Price | 210,000 |
| Gross Living Area | 1,164 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | urban |
| View | residential |
| Site | 3363 sf |
| Quality | average |
| Age | 63 |




### Comparable 2

2818 Shelley Rd

| | |
|---|---|
| Prox. to Subject | 0.05 miles SW |
| Sale Price | 210,000 |
| Gross Living Area | 1,164 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | urban |
| View | residential |
| Site | 2919 sf |
| Quality | average |
| Age | 63 |



### Comparable 3

2762 Maxwell St

| | |
|---|---|
| Prox. to Subject | 0.10 miles SE |
| Sale Price | 190,000 |
| Gross Living Area | 1,152 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | urban |
| View | railroad |
| Site | 3493 sf |
| Quality | average |
| Age | 63 |

# Comparable Photo Page

| Borrower | John Lyons | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2836 Michael Rd | | | | | |
| City | Philadelphia | County | Philadelphia | State | PA | Zip Code | 19152 |
| Lender/Client | PHFA | | | | | |



### Comparable 4

| | |
|---|---|
| | 2811 Welsh Rd |
| Prox. to Subject | 0.16 miles NW |
| Sale Price | 199,000 |
| Gross Living Area | 1,152 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | urban |
| View | traffic |
| Site | 2838 sf |
| Quality | average |
| Age | 56 |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |



# NAVIGATORS INSURANCE COMPANY

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

## THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.

## PLEASE READ THIS POLICY CAREFULLY.

## REAL ESTATE APPRAISERS ERRORS AND OMISSIONS INSURANCE POLICY

## DECLARATIONS

**POLICY NUMBER:** PH19RALM00971IV        **RENEWAL OF:** PH18RALM00971IV

**1.   NAMED INSURED:**
John J. Kostovick

**2.   ADDRESS:** 370 Roarks Trail
Warminster, PA  18974

**3.   POLICY PERIOD:   FROM:** 01/21/2019      **TO:** 01/21/2020
12:01 A.M. Standard Time at the address of the **Named Insured** as stated in Number 2 above.

**4.   LIMITS OF LIABILITY:**
**A.** $ 1,000,000 _____ **Damages** Limit of Liability – Each **Claim**
**B.** $ 1,000,000 _____ **Claim Expenses** Limit of Liability – Each **Claim**
**C.** $ 1,000,000 _____ **Damages** Limit of Liability – Policy Aggregate
**D.** $ 1,000,000 _____ **Claim Expenses** Limit of Liability – Policy Aggregate

**5.   DEDUCTIBLE** (Inclusive of **claim expenses**):    **A.** $ 500 _____ Each **Claim**

                                                          **B.** $ 1,000 _____ Aggregate

**6.   PREMIUM:** $  515.00

**7.   RETROACTIVE DATE:** 01/21/2007

**8.   FORMS ATTACHED:** NAV RAL DEC        NAV RAL NIC PF        NAV RAL 011        NAV RAL 300 PA
PA Notice            NAV-ML-002

**PROGRAM ADMINISTRATOR:**  McGowan Program Administrators (A Division of McGowan & Company, Inc.)

By Acceptance of this policy the Insured agrees that the statements in the Declarations and the Application and any attachments hereto are the Insured's agreements and representations and that this policy embodies all agreements existing between the Insured and the Company or any of its representatives relating to this insurance.

---

**IN WITNESS WHEREOF, we have caused this policy to be signed by our President and Secretary.**

[Emily Miner]
Secretary

[Stanley A. Galanski]
President

**Navigators**
Insuring A World In Motion®

NAV RAL DEC (02 14)                    Page 1 of 1