# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John R. Lyons | Debtor | |
| | | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | Movant | |
| vs. | | |
| John R. Lyons | Debtor | NO. 18-15216 MDC |
| Johanny Duran | Co-Debtor | |
| William C. Miller Esq. | Trustee | |
| | | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PENNSYLVANIA HOUSING FINANCE AGENCY with Co-Debtor Relief Docket Entry #64 , which was filed with the Court on or about **April 16, 2019**.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
Attorneys for Movant/Applicant

April 16, 2019