## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John R. Lyons<br>        Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>        Movant<br>vs. | NO. 18-15216 MDC |
| John R. Lyons<br>        Debtor | |
| William C. Miller Esq.<br>        Trustee | 11 U.S.C. Section 362 |

### ORDER

Upon consideration of the unopposed request of Respondent, U.S. Bank National Association, as Trustee for the Pennsylvania Housing Finance Agency, it is hereby ORDERED that the deadline to file its Appraisal Report is extended to ~~today~~, April 16, 2019.

4/17/19

Bankruptcy Judge
Magdeline D. Coleman