*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John R. Lyons
    Debtor(s)

Case No: 18–15216–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion for relief filed by U.S.Bank as Trustee for PA Housing finance Agency for relief from the stay Nunc Pro Tunc

on: 5/14/19

at: 12:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 4/30/19

Timothy B. McGrath
Clerk of Court

72 – 56
Form 167