United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15216-mdc
John R. Lyons                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen              Page 1 of 2           Date Rcvd: Apr 30, 2019
                              Form ID: 167              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db           +John R. Lyons,    2836 Michael Road,    Philadelphia, PA 19152-1652
14177742     +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14177743     +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
14177746     +KML Law Group,    Suite 5000 Mellon Independence Ctr,    701 Market  Street,
               Philadelphia, PA 19106-1538
14177747     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
               Dallas, TX 75266-0360
14177750     +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
14237911     +Pennsylvania Housing Finance Agency,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14210787      Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
               Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14177751      Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14177753     +Trumark Financial Credit Union,    Attn: Bankruptcy,    335 Commerce Dr,
               Fort Washington, PA 19034-2712
14177755      Water Revenue Bureau,    1415 JKF Blvd.,    15th Floor,    Philadelphia, PA 19105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: blegal@phfa.org May 01 2019 02:48:28     Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
14263939      E-mail/Text: megan.harper@phila.gov May 01 2019 02:48:40     City of Philadelphia,
               Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14177744      E-mail/Text: megan.harper@phila.gov May 01 2019 02:48:40     City of Philadelphia  Law Dept,
               One Parkway Bldg.,    1515 Arch Street 14th Fl,    Philadelphia, PA 19107
14177745     +E-mail/Text: bankruptcynotices@dcicollect.com May 01 2019 02:48:43
               Diversified Consultants Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
14203551     +E-mail/Text: bankruptcygroup@peco-energy.com May 01 2019 02:48:13      PECO Energy Company,
               2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14177748      E-mail/Text: blegal@phfa.org May 01 2019 02:48:28     Pennsylvania Housing Finance Agency,
               Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14177752     +E-mail/Text: bankruptcydepartment@tsico.com May 01 2019 02:48:45      Transworld Systems,
               507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14177749*    ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
               (address filed with court: Pennsylvania Housing Finance Agency,    Attn: Bankruptcy,
                Po Box 8029,    Harrisburg, PA 17105)
14177754*    +Trumark Financial Credit Union,    Attn: Bankruptcy,    335 Commerce Dr,
               Fort Washington, PA 19034-2712
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Eileen                 Page 2 of 2                   Date Rcvd: Apr 30, 2019
                              Form ID: 167                 Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
        ERIK B. JENSEN    on behalf of Debtor John R. Lyons akeem@jensenbagnatolaw.com,
         gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
         bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
         dmaurer@pkh.com;mgutshall@pkh.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                    TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John R. Lyons
    Debtor(s)

Case No: 18−15216−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion for relief filed by U.S.Bank as Trustee for PA Housing finance Agency for relief from the stay Nunc Pro Tunc

on: 5/14/19

at: 12:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/30/19

Timothy B. McGrath
Clerk of Court

72 − 56
Form 167