## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John R. Lyons<br>　　　　　Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　Movant<br>vs. | NO. 18-15216 MDC |
| John R. Lyons　　　　　Debtor | |
| Johanny Duran　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.　　　　　Trustee | |

### ORDER

AND NOW, this 8th day of August, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED, ADJUDGED AND DECREED THAT, the Motion for Relief from the Automatic Stay *Nunc Pro Tunc* is **GRANTED** as follows:

(1)　The Motion is GRANTED in that U.S. Bank National Association, as Trustee for the Pennsylvania Housing Finance Agency ("Movant") is granted relief from the automatic stay on a *nunc pro tunc* basis effective as of November 5, 2018 and prospectively in that they may proceed to take any lawful action as may be appropriate to confirm and defend the outcome of said Sheriff Sale and to obtain possession of the property from the Debtor.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

John R. Lyons

2836 Michael Road
Philadelphia, PA 19152

Johanny Duran
2836 Michael Road
Philadelphia, PA 19152

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut St., Suite 1920
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532