

## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>JOHN R. LYONS<br>    Debtor | Chapter 13 |
| JOHN R. LYONS<br>    Movant | No. 18-15216-MDC |
| v. | |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>    Creditor/Respondent | |
| WILLIAM C. MILLER. ESQ.<br>    Trustee | |

### ORDER

AND NOW, this ___8th___ day of ___August___, 2019, upon consideration of the Debtor's Motion for Expedited Relief and Violation of the Automatic Stay against the Pennsylvania Housing Finance Agency, and hearing thereto, it is hereby

ORDERED and DECREED that the said Motion for Violation of the Automatic Stay is DENIED for the reasons stated on the record ~~GRANTED and further that the Court enters the following relief:~~

1. ~~The November 6, 2018 mortgage foreclosure sale of the real estate located at 2836 Michael Road, Philadelphia, PA 19152 (Philadelphia book/writ number 1808-328) shall be immediately set aside, and ownership of the premises shall be restored to the Debtor;~~

2. ~~The Purchaser at Sheriff Sale, Blue River Capital, LLC, and any successors in interest, shall hereby be enjoined from taking ownership of the subject premises, and any deeds,~~



agreements, or related documentation purporting to convey ownership pursuant to the November 6, 2018 Sheriff Sale shall be deemed VOID.

3. Pennsylvania Housing Finance Agency is hereby ordered to pay attorney fees in the amount of _____ to the Debtor within 10 days of this Order.

4. Additional Relief: _____

_____

_____

BY THE COURT:

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc:   Office of the U.S. Trustee
      833 Chestnut Street
      Suite 500
      Philadelphia, PA 19106

      Pennsylvania Housing Finance Agency
      211 North Front Street
      Harrisburg, PA 17101

      Erik B. Jensen, Esquire
      Jensen Bagnato, P.C.
      1500 Walnut Street, Suite 1920
      Philadelphia, PA 19102