United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John R. Lyons
       Debtor

Case No. 18-15216-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 09, 2019
                     Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
```
db             +John R. Lyons,   2836 Michael Road,   Philadelphia, PA 19152-1652
               +Johny Duran,   2836 Michael Road,   Philadelphia, PA 19152-1652
               +KML Law Group, P.C.,   Suite 5000-BNY Mellon Independence Cente,   701 Market Street,
                 Philadelphia, PA 19106-1538
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
```
              ERIK B. JENSEN    on behalf of Debtor John R. Lyons akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John R. Lyons<br>　　　　　　Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　Movant<br>vs. | NO. 18-15216 MDC |
| John R. Lyons　　　　Debtor | |
| Johanny Duran　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.　　Trustee | |

## ORDER

AND NOW, this 8th day of August, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED, ADJUDGED AND DECREED THAT, the Motion for Relief from the Automatic Stay *Nunc Pro Tunc* is **GRANTED** as follows:

(1)　The Motion is GRANTED in that U.S. Bank National Association, as Trustee for the Pennsylvania Housing Finance Agency ("Movant") is granted relief from the automatic stay on a *nunc pro tunc* basis effective as of November 5, 2018 and prospectively in that they may proceed to take any lawful action as may be appropriate to confirm and defend the outcome of said Sheriff Sale and to obtain possession of the property from the Debtor.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

John R. Lyons
2836 Michael Road
Philadelphia, PA 19152

Johanny Duran
2836 Michael Road
Philadelphia, PA 19152

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut St., Suite 1920
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532