United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15216-mdc
John R. Lyons                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 09, 2019
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
db             +John R. Lyons,    2836 Michael Road,    Philadelphia, PA 19152-1652

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 10 2019 04:00:59     Office of the U.S. Trustee,
                 833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
               +E-mail/Text: blegal@phfa.org Aug 10 2019 04:01:03     Pennsylvania Housing Finance Agency,
                 211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor John R. Lyons akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5



# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>JOHN R. LYONS<br>　　　Debtor | Chapter 13 |
| JOHN R. LYONS<br>　　　Movant | No. 18-15216-MDC |
| v. | |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　Creditor/Respondent | |
| WILLIAM C. MILLER. ESQ.<br>　　　Trustee | |

## ORDER

AND NOW, this __8th__ day of __August__, 2019, upon consideration of the Debtor's Motion for Expedited Relief and Violation of the Automatic Stay against the Pennsylvania Housing Finance Agency, and hearing thereto, it is hereby

ORDERED and DECREED that the said Motion for Violation of the Automatic Stay is DENIED for the reasons stated on the record ~~GRANTED and further that the Court enters the following relief:~~

1. ~~The November 6, 2018 mortgage foreclosure sale of the real estate located at 2836 Michael Road, Philadelphia, PA 19152 (Philadelphia book/writ number 1808-328) shall be immediately set aside, and ownership of the premises shall be restored to the Debtor;~~

2. ~~The Purchaser at Sheriff Sale, Blue River Capital, LLC, and any successors in interest, shall hereby be enjoined~~ from taking ownership of the subject premises, and any deeds,



agreements, or related documentation purporting to convey ownership pursuant to the November 6, 2018 Sheriff Sale shall be deemed VOID.

    3.    Pennsylvania Housing Finance Agency is hereby ordered to pay attorney fees in the amount of _____ to the Debtor within 10 days of this Order.

    4.    Additional Relief: _____

_____

_____

BY THE COURT:

*Magdeline D. C_____*
Magdeline D. Coleman
Chief United States Bankruptcy Judge

cc:    Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101

Erik B. Jensen, Esquire
Jensen Bagnato, P.C.
1500 Walnut Street, Suite 1920
Philadelphia, PA 19102