United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15216-mdc
John R. Lyons                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Sep 26, 2019
                             Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db              +John R. Lyons,    2836 Michael Road,    Philadelphia, PA 19152-1652
14177742        +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14177743        +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
14177746        +KML Law Group,    Suite 5000 Mellon Independence Ctr,    701 Market Street,
                 Philadelphia, PA 19106-1538
14177747        +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
14177750        +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
14237911        +Pennsylvania Housing Finance Agency,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14210787         Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14177751         Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14177753        +Trumark Financial Credit Union,    Attn: Bankruptcy,    335 Commerce Dr,
                 Fort Washington, PA 19034-2712
14177755         Water Revenue Bureau,    1415 JKF Blvd.,    15th Floor,    Philadelphia, PA 19105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 27 2019 03:07:45    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 03:07:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2019 03:07:33    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: blegal@phfa.org Sep 27 2019 03:07:25    Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14263939         E-mail/Text: megan.harper@phila.gov Sep 27 2019 03:07:45    City of Philadelphia,
                 Law Department Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14177744         E-mail/Text: megan.harper@phila.gov Sep 27 2019 03:07:45    City of Philadelphia  Law Dept,
                 One Parkway Bldg.,    1515 Arch Street 14th Fl,    Philadelphia, PA 19107
14177745        +E-mail/Text: bankruptcynotices@dcicollect.com Sep 27 2019 03:07:47
                 Diversified Consultants Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
14203551        +E-mail/Text: bankruptcygroup@peco-energy.com Sep 27 2019 03:07:06    PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14177748         E-mail/Text: blegal@phfa.org Sep 27 2019 03:07:25    Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14177752        +E-mail/Text: bankruptcydepartment@tsico.com Sep 27 2019 03:07:49    Transworld Systems,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                              TOTAL: 10


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14177749*       ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
                 (address filed with court: Pennsylvania Housing Finance Agency,    Attn: Bankruptcy,
                 Po Box 8029,    Harrisburg, PA 17105)
14177754*       +Trumark Financial Credit Union,    Attn: Bankruptcy,    335 Commerce Dr,
                 Fort Washington, PA 19034-2712
                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Sep 26, 2019
                             Form ID: pdf900          Total Noticed: 21

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:

      ERIK B. JENSEN    on behalf of Debtor John R. Lyons akeem@jensenbagnatolaw.com,
     gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
      JONATHAN H. STANWOOD    on behalf of    Blue River Capital jhs@stanwoodlaw.com,
     cmm@stanwoodlaw.com,jhsecf@gmail.com
      KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
     bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
     dmaurer@pkh.com;mgutshall@pkh.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                          TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **John Lyons** | : | |
| **Debtor.** | : | **Bankruptcy No.  18-15216-mdc** |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
### APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such

application has been filed, set a hearing on all such applications.

7.      If no Certification, as required above in Paragraph 6 has been entered on the

docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any

applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a

hearing thereon or, if no such applications have been filed, be authorized to return such funds to

Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 9/26/2019

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE