IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| John Lyons | : | |
| | : | No. 18-15216-mdc |
| Debtor | : | |
| | : | |

## **CERTIFICATE OF SERVICE**

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that a true and correct copy of the Court Order dated September 26, 2019, was served upon all parties of interest, including all creditors by regular mail on September 27, 2019.

Date: 10/15/19                                                                                                 /s/ Erik B. Jensen
                                                                                                                         Erik B. Jensen, Esquire
                                                                                                                         *Attorney for Debtor*