**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

                                                        13

John Lyons

                                                      Bky No. 18-15216-MDC

                  Debtor(s).

## ORDER

        **AND NOW,** this   30th   day of     October    , 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

        **ORDERED** that counsel fees in the amount $4,000.00 less $500.00 already paid with a remaining balance of $3,500.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

                                                                **BY THE COURT:**

                                       *Magdeline D. Coleman*
                                    _____
                                      Magdeline D. Coleman
                                      **CHEIF U.S. BANKRUPTCY JUDGE**

CC:    **Jensen Bagnato, P.C.**
           **ERIK B. JENSEN, ESQUIRE**
           **1500 Walnut Street**
           **Suite 1920**
           **Philadelphia, PA   19102**

           William C. Miller, Esquire
           Chapter 13 Trustee
           Post Office Box 40119
           Philadelphia, PA 19106

    *******************************************

           John Lyons
           2836 Michael Road
           Philadelphia PA 19152