United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15216-mdc
John R. Lyons                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Antoinett            Page 1 of 1              Date Rcvd: Oct 30, 2019
                                Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +John R. Lyons,    2836 Michael Road,    Philadelphia, PA 19152-1652

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor John R. Lyons akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JONATHAN H. STANWOOD    on behalf of    Blue River Capital jhs@stanwoodlaw.com,
               paralegal@stanwoodlaw.com,jhsecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

John Lyons

13

Bky No. 18-15216-MDC

Debtor(s).

## ORDER

**AND NOW,** this ___30th___ day of _____October_____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,000.00 less $500.00 already paid with a remaining balance of $3,500.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
**CHEIF U.S. BANKRUPTCY JUDGE**

CC:    Jensen Bagnato, P.C.
       **ERIK B. JENSEN, ESQUIRE**
       **1500 Walnut Street**
       **Suite 1920**
       **Philadelphia, PA   19102**

       William C. Miller, Esquire
       Chapter 13 Trustee
       Post Office Box 40119
       Philadelphia, PA 19106

*******************************************

       John Lyons
       2836 Michael Road
       Philadelphia PA 19152